O. P. McKNIGHT, et al., d/b/a Cardinal Nursery & Orchard Co., appellants, v. A. W. ROSS, et al., d/b/a Ross Brothers, appellees.

Court of Appeals of Kentucky.

Feb. 12, 1954.

Wilson & Wilson, Beverly M. Clark, Glasgow, for appellant.

George J. Ellis, Jr., Glasgow, for appellee.

PER CURIAM.

This case is before us on motion for appeal under KRS 21.080. The amount involved is less than $2,500, and there is no error apparent in the record.

The motion for an appeal is overruled and the judgment is affirmed.